UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                              :

UNITED STATES OF AMERICA
                                              :   1:23-CR-00227-RA-2

    -against-                            :   <u>ORDER</u>
                                                :

Rayshawn Niblack
                                                :

Defendant
                                                :
------------------------------------X

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's bail conditions be modified to:

- Remove the defendant's curfew enforced by GPS.

Dated: June 11, 2024
New York, New York

                                                SO ORDERED:

                                                Ronnie Abrams
                                                United States District Judge