UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X
UNITED STATES OF AMERICA,

-v-

RAYSHAWN NIBLACK,

                Defendant.
-------------------------------------------------- X

23 Cr. 227-02 (RA)

ORDER

RONNIE ABRAMS, District Judge:

In light of Rayshawn Niblack's continued participation in the Young Adult Opportunity Program, time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) to October 20, 2025.

Dated:    April 18, 2025
           New York, New York

                                          RONNIE ABRAMS
                                     United States District Judge